UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ATLANTIC ARTS FOUNDATION,

*Plaintiff*,

v.

SMALL BUSINESS ADMINISTRATION,

*Defendant.*

No. 22-cv-2109 (DLF)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**. It is further

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED**.

**SO ORDERED**.

November 21, 2020

*Dabney L. Friedrich*
DABNEY L. FRIEDRICH
United States District Judge